ACCEPTED
03-14-00119-CV
3667320
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/6/2015 2:35:04 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00119-CV
IN THE COURT OF APPEALS
THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/6/2015 2:35:04 PM
JEFFREY D. KYLE
Clerk

EMERGENCY SERVICE PARTNERS, L.P.,
ORLANDO R. MAGALLANES, M.D., and
JACK W. PIERCE, M.D.,

Appellants

v.

SHARON ROTHERT and FRED ROTHERT,

Appellees

## APPELLANT JACK W. PIERCE, M.D.'S MOTION TO DISMISS APPEAL

Appellant Jack W. Pierce, M.D. files this motion to dismiss his appeal, and in support of this motion shows:

### Notice of Appeal

Appellant Jack W. Pierce, M.D. perfected his appeal on March 3, 2014 by filing his notice of appeal.

### Dismissal

Appellant Jack W. Pierce, M.D. no longer wishes to pursue his appeal.

## No Opposition from Appellees

Appellees Sharon and Fred Rothert do not oppose this motion. Appellants Emergency Service Partners, L.P. and Orlando R. Magallanes, M.D. filed their own motion to dismiss appeal on January 5, 2015 with this Court.

## Costs

Appellant Jack W. Pierce, M.D. agrees to pay all costs incurred concerning his portion of this appeal.

## Request for Relief

For these reasons, Appellant Jack W. Pierce, M.D. asks this Court to:

- grant this motion; and

- dismiss Appellant Jack W. Pierce, M.D.'s appeal.

Respectfully submitted,

/s/ *J. Mark Holbrook*
J. Mark Holbrook
State Bar No. 09819500
E-mail:mholbrook@mholbrooklaw.com

HOLBROOK LAW FIRM
P. O. Box 26692
Austin, Texas 78731
(512) 658-7914
(512) 482-0342 (Telecopy)

David M. Davis
Texas State Bar No. No. 05477500
ddavis@dwlaw.com
Davis & Wright, P.C.
5113 Southwest Parkway, Suite 115
Austin, Texas 78735
Telephone: (512) 482-0614
Facsimile:  (512) 482-0342

**ATTORNEYS FOR APPELLANT
JACK W. PIERCE, M.D.**

## CERTIFICATE OF CONFERENCE

The attorney for Appellant Jack W. Pierce, M.D. has conferred with the attorneys for Sharon and Fred Rothert, who do not oppose this motion. The attorney for Appellant Jack W. Pierce, M.D. has conferred with the attorneys for Appellants Orlando R. Magallanes, M.D. and Emergency Service Partners, L.P. , who do not oppose this motion.

/s/ *J. Mark Holbrook*
J. MARK HOLBROOK

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing document has been sent to counsel listed below on January 6, 2015.

Eugene W. Brees, II                                    *via eFiling / Facsimile*
State Bar No. 02947500
Michelle M. Cheng
State Bar No. 00796345
WHITEHURST, HARKNESS, BREES & CHENG, P.C.
5113 Southwest Parkway, Suite 150
Austin, Texas 78735
Telephone: (512) 476-4346
Telecopier: (512) 476-4400
*Counsel for Appellees*
*Sharon Rothert and Fred Rothert*

Robinson C. Ramsey                                    *via eFiling / Facsimile*
State Bar No. 16523700
LANGLEY & BANACK, INC.
Trinity Plaza II, Suite 900
745 East Mulberry Avenue
San Antonio, Texas 78212
Telephone: (210) 736-6600
Telecopier: (210) 735-6889
*Counsel for Appellants*
*Emergency Service Partners, L.P.*
*and Orlando R. Mallanes, M.D.*

*/s/ J. Mark Holbrook*
J. MARK HOLBROOK